In the Matter of the Application of WILLIAM A. BOYD and DAVID W. BOYD, Petitioners, for a Certiorari Order against ROBERT BRADNER, as Town Superintendent of Highways of the Town of Warwick, Orange County, New York, and Others, etc., Respondents.— Motion to dismiss proceeding and quash certiorari order granted by consent. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of the Application of SAMUEL CHUGERMAN, a Disbarred Attorney, for Reinstatement to the Bar.— Motion granted, petitioner reinstated, and his name ordered restored to the roll of attorneys. On the 22d day of June, 1917, the petitioner, then an attorney and counselor at law, was disbarred by an order of this court. It appears that since the entry of the order the petitioner, a married man with several children, has led an upright life, has not in any wise violated the order of disbarment, and has endeavored to earn a livelihood for himself and his family in an honest and honorable manner in the commercial world. Under all of the circumstances, we are of the opinion that the applicant has been sufficiently punished, and, therefore, grant the motion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

In the Matter of the Judicial Settlement of the Account of JAMES H. McCARTNEY, as Executor, etc., of WILLIAM W. HOWELL, Deceased.— Motion to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of the Application of MABEL JONES for Payment of Award, etc., in Proceedings to Open West Eleventh Street, etc., in the Borough of Brooklyn, City and State of New York.— Motion to confirm report of referee granted; order to be entered on consent of the corporation counsel. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

CHARLOTTE E. PERSHALL, Respondent, v. HIRAM ELLIOTT, as Executor, etc., of DAVID B. PERSHALL, Deceased. ANNA HADLEY ELLIOTT and AGNES ESTELLE LAWYER, Appellants; JOSEPHINE SLOAT ALGER, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied, without costs. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

CELIA PORES, Respondent, v. H. BLUMENBERG, INC., and HERMAN BLUMENBERG, Appellants.— Motion for stay granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY HIRSCHBERG, Relator, v. THE BOARD OF SUPERVISORS OF ORANGE COUNTY, Respondent.— Motion to resettle order dated December 18, 1925, granted by providing therein that the determination of the board of supervisors be confirmed and the writ of certiorari dismissed. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

REDONDO STEAMSHIP COMPANY, INC., Respondent, v. IRVING BANK-COLUMBIA TRUST COMPANY, KERR STEAMSHIP COMPANY, INC., and BENJAMIN HARRIS, as Receiver, etc., Appellants, and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Defendant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.